■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BOBBY BOOMER, Appellant. [628 NYS2d 597] —Appeal by the defendant from an amended judgment of the Supreme Court, Kings County (Mastro, J.), rendered November 29, 1993, revoking a sentence of probation previously imposed by the County Court, Rensselaer County (Dwyer, J.), upon a finding that he had violated a condition thereof, upon his admission, and imposing a sentence of imprisonment upon his previous conviction of attempted criminal possession of a controlled substance in the fifth degree.

Ordered that the amended judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Balletta, J. P., Thompson, Santucci, Altman and Hart, JJ., concur.